UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE JENNIFER STONE-LOWE, | No. 2:25-cv-00002-DAD-SCR |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REMANDING THIS ACTION TO THE COMMISSIONER FOR SOCIAL SECURITY FOR FURTHER PROCEEDINGS CONSISTENT WITH THIS ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| | (Doc. Nos. 8, 12, 16) |

Plaintiff Alice Jennifer Stone-Lowe, proceeding with counsel, brought this action seeking judicial review of the Commissioner of Social Security's final decision denying her application for disability insurance benefits and supplemental security income under the Social Security Act. (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 8, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's request for vacatur of the decision of the administrative law judge ("ALJ") and remand for further proceedings (Doc. No. 21) be granted.  (Doc. No. 16.) Specifically, the magistrate judge found that at the administrative hearing the ALJ erred in

/////

1

discrediting plaintiff's subjective testimony and in discounting the identified medical opinion evidence.  (*Id.* at 7–25.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 25–26.)  To date, neither party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court adopts the pending findings and recommendations.

1.    The findings and recommendations issued on April 8, 2026 (Doc. No. 16) are ADOPTED in full;

2.    Plaintiff's motion for summary judgment (Doc. No. 8), is GRANTED;

3.    Defendant's cross-motion for summary judgment (Doc. No. 12), is DENIED;

4.    The case is remanded to the Commissioner of Social Security for further proceedings consistent with this order and the findings and recommendations; and

5.    The Clerk of the Court is directed to enter judgment in favor of plaintiff and close this case.

IT IS SO ORDERED.

Dated:   **June 9, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2